IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **ORDONT ORTHODONTIC LABORATORIES, INC.,**<br><br>      Plaintiff,<br><br>v.<br><br>**ORTHO SOLUTIONS, LC d/b/a DYNAFLEX,**<br><br>      Defendant. | Case No. 4:23-cv-00468 |

## MOTION TO DISMISS WITHOUT PREJUDICE

COME NOW Plaintiff Ordont Orthodontic Laboratories, Inc., by and through its undersigned counsel, states that the above-captioned matter should be *dismissed without prejudice* with each party to bear their own attorneys' fees and costs.

Respectfully submitted,

**VOYTAS LAW, LLC**

By:   /s/ Richard A. Voytas, Jr
Richard A. Voytas, Jr., #52046
7321 S. Lindbergh Blvd., Ste. 400
St. Louis, MO  63125
Phone: 314.380.3166
Email: rick@voytaslaw.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 30 2024 the foregoing document was filed with the Clerk of the Court to be served via the Court's electronic filing system upon all counsel of record.

/s/ Richard A. Voytas, Jr.